**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIRAN K. VUNDAVALLI, | |
| Plaintiff, | |
| v. | Case No. 1:21-cv-03083 |
| HALSTED FINANCIAL SERVICES, LLC, | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that KIRAN K. VUNDAVALLI ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, HALSTED FINANCIAL SERVICES, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: July 26, 2021

Respectfully submitted,

*s/ Marwan R. Daher*
Marwan R. Daher, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*
Marwan R. Daher, Esq.
