UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIRAN K. VUNDAVALLI, | |
| Plaintiff, | Case No. 1:21-cv-03083 |
| v. | Honorable Thomas M. Durkin |
| HALSTED FINANCIAL SERVICES, LLC, | |
| Defendant. | |

## STATUS REPORT

Pursuant to Court Order [Dkt 16], Kiran Vundavalli ("Plaintiff"), by and through the undersigned counsel, hereby submits the following status report regarding settlement:

1. Plaintiff and Defendant Halsted Financial Services, LLC ("Defendant") have reached a settlement and have now memorialized the terms of the settlement. Plaintiff has executed the settlement agreement between the parties and tendered the same to Defendant on March 16, 2022.

2. The material terms of the settlement agreement have not yet been accomplished. Specifically, Defendant is in the process of executing the settlement agreement and fulfilling its obligations pursuant to settlement agreement. Plaintiff anticipates filing a dismissal with prejudice on or before May 15, 2022 to allow the parties to complete their obligations pursuant to the settlement agreement.

3. Accordingly, Plaintiff respectfully requests this Honorable court to grant an extension to file dismissal papers by May 15, 2022.

Dated: March 18, 2022                           Respectfully submitted,

                                                s/ *Marwan R. Daher*
                                                Marwan Rocco Daher,
                                                Esq. Sulaiman Law
                                                Group, Ltd.
                                                2500 S. Highland Ave, Suite 200
                                                Lombard, Illinois 60148
                                                Telephone: (630) 575-8181
                                                mdaher@sulaimanlaw.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 18, 2022 a copy of the foregoing was filedelectronically via CM/ECF with the United States District Court for the Northern District of Illinois, which will be sent to all attorneys of record.

                                              *s/ Marwan R. Daher*
                                              Marwan Rocco Daher, Esq.
                                              *Counsel for Plaintiff*