**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOISEASTERN DIVISION**

| | |
|---|---|
| KIRAN K. VUNDAVALLI,<br><br>Plaintiff,<br><br>v.<br><br>HALSTED FINANCIAL SERVICES, LLC,<br><br>Defendant. | Case No. 1:21-cv-03083 Honorable<br><br>Thomas M. Durkin |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, KIRAN K. VUNDAVALLI, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, HALSTED FINANCIAL SERVICES, LLC, with prejudice, with all parties to bear their own attorney's fees and cost.


Dated: May 16, 2022                              Respectfully submitted,

                                                                   **KIRAN K. VUNDAVALLI**
                                                                   <u>*/s/ Marwan R. Daher*</u>
                                                                    Marwan R. Daher
                                                                    SULAIMAN LAW GROUP, LTD.
                                                                    2500 South Highland Avenue
                                                                    Suite 200
                                                                    Lombard, Illinois 60148
                                                                    +1 630-575-8181
                                                                    mdaher@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify on May 16, 2022, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

                        */s/ Marwan R. Daher*